Nathan H. Glass, Individually and Trading as First Mortgage Investment Company, Appellant, v. Liberty National Bank of Chicago et al., Appellees.

Gen. No. 43,114.

Heard in the second division, first district, this court at the June term, 1944; opinion filed April 19, 1945; rehearing denied May 1, 1945; released for publication June 1, 1945. Jesse H. Brown, for appellant; Harold A. Fein, for appellees; George A. Gordon, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.